# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 8, 2021

Lyle W. Cayce
Clerk

No. 16-60773

PLANNED PARENTHOOD SOUTHEAST, INCORPORATED; PLANNED PARENTHOOD GREATER MEMPHIS REGION, INCORPORATED; JANE DOE; JANE DOE #2,

*Plaintiffs—Appellees,*

*versus*

DREW SNYDER, *Executive Director, Mississippi Division of Medicaid, in his official capacity,*

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:16-CV-454

Before OWEN, *Chief Judge*, and DENNIS, and WILLETT, *Circuit Judges*.
PER CURIAM:[*]

IT IS ORDERED that the joint motion of the parties to dismiss the appeal as moot is GRANTED.

---

[*] Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

IT IS FURTHER ORDERED that the judgment of the district court is vacated, the appeal is dismissed, and the case is remanded to the district court with instructions to dismiss plaintiffs' complaint for lack of jurisdiction. *See United States v. Munsingwear, Inc.*, 340 U.S. 36, 39–40 (1950).